**SO ORDERED.**

**Dated: September 16, 2009**

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Charles Slack Mendez Esq., 014894
**LAW OFFICES OF CHARLES J. SLACK-MENDEZ**
2710 South Rural Road
Tempe, Arizona 85282
(480) 829-1166
*Attorney for Debtors Lucas Lee Griffin
And Jacqueline Griffin*

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | Case No. 09-16118-CGC |
| **Lucas Lee Griffin and Jacqueline Griffin** | **ORDER OF CONVERSION OF CASE FROM CHAPTER 13 TO CHAPTER 7** |
| *Debtors,* | |

HAVING READ and considered the foregoing application, it is ORDERED that the above-captioned Chapter 13 case is converted to Chapter 7.

**SIGNED AND DATED ABOVE**