**ATCHLEY & DELGADO, LLP**
ATTORNEYS AT LAW
1819 E. Southern Ave, Suite A-10
Mesa, Arizona 85204
(480) 497-5009
Fax (480) 497-5029
mark@arizonabk.com

Mark R. Atchley  21419
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re : <br><br> Lucas Lee Griffin and Jacqueline Griffin, <br><br> Debtors. | CHAPTER 13 No. 2:09-bk-16118-CGC |
| Wells Fargo Bank, N.A., <br><br> Movant, <br> v. <br><br> Lucas Lee Griffin and Jacqueline Griffin, Debtors; <br> Brian J. Mullen, Trustee., <br><br> Respondents. | OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY |

COME NOW Respondents/Debtors Lucas and Jacqueline Griffin and hereby respond to the Motion for Relief from the Automatic Stay ("Motion") filed by Wells Fargo Bank and in opposition to same would respectfully show the Court the following:

1. Debtors admit that they were behind on mortgage payments prior to filing the instant petition.

2. Debtors have converted their case from a Chapter 7 to a Chapter 13 on October 20, 2009.

3. Debtors propose to pay back the arrears owed to Movant through the Chapter 13 plan.

4. Debtor will show that the following relief is appropriate:

1

The automatic stay remains in force and effect regarding the indebtedness at issue and the subject property.

WHEREFORE Debtors pray that the Court deny Movant's Motion, and that the Court order that the automatic stay remain in effect, and that such stay be conditioned as indicated above.

RESPECTFULLY SUBMITTED this 5th day of November, 2009.

        ATCHLEY & DELGADO, LLP

        */s/ mra 21419*
        Mark R. Atchley, Esq.
        Attorney for Debtor/Respondent

Copies of the foregoing mailed on November 5, 2009, to:

Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
*Attorneys for Movant*

Brian J. Mullen
PO Box 32247
Phoenix, AZ 85064
*Trustee*

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

*Brandon Larson*
by: Brandon Larson